IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH RHODES, #N18188, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 19-cv-03278-SLD |
| | ) |
| JUSTIN HAMMERS, et al., | ) |
| | ) |
| Defendant. | ) |

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME Defendants, WILLIAM DAVIS, RICKY SMITH, TIMMBER TOTSCH (sued as "Tamala Clemens"), and DAVID WERRIES, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to the Court's Merit Review Order and Order granting Plaintiff leave to file an amended complaint (Doc. 7 and 35), hereby respond to Plaintiff's Amended Complaint[1] (Doc. 34), stating as follows:

Plaintiff alleges that Defendant David Werries slammed his finger into a cell door, which crushed and fractured his middle finger. Plaintiff alleges that Defendants David Werries and William Davis laughed about it, and then refused to open the door for 10 minutes. Plaintiff alleges that Defendants Timmber Totsch and Ricky Smith later interfered with a doctor's order to wear a metal splint on his injured finger.  (Doc. 7, 34, and 35).

Plaintiff states an Eighth Amendment excessive force claim against Defendant Werries, and a failure-to-intervene claim against Defendant Davis. *Hudson v. McMillian*, 503 U.S. 1, 6 (1992); *Wilborn v. Ealey*, 881 F.3d 998, 1007 (7th Cir. 2018). Plaintiff also states an Eighth Amendment claim against Defendants Totsch and Smith for deliberate indifference to a serious

---

[1] Plaintiff was granted leave to file an amended complaint naming these Defendants on July 1, 2021. (*See* Doc. 35).

medical need. *Estelle v. Gamble*, 429 U.S. 97, 104-105 (1976) (guards may be held liable for delaying or denying access to medical care).

**ANSWER: Defendant Werries admits closing Plaintiff's finger into a cell door, but denies that it was intentional. Defendants Werries and Davis deny laughing about Defendant Werries closing the cell door on Plaintiff's finger and deny a refusing to open the door for 10 minutes. Defendants Totsch and Smith deny interfering with a doctor's order for Plaintiff to wear a metal splint on his finger. Defendant Werries denies violating Plaintiff's Eighth Amendment rights and using excessive force against Plaintiff, and Defendant Davis denies failing to intervene in any use of excessive force. Defendants Totsch and Smith deny that they were deliberately indifferent towards Plaintiff's allegedly serious medical need. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.**

### RELIEF REQUESTED

**Defendants deny that Plaintiff is entitled to any relief.**

### JURY DEMAND

**Defendants demand a jury on all triable issues.**

### AFFIRMATIVE DEFENSES

1. **Qualified Immunity**

At all times relevant to Plaintiff's claims, Defendants charged herein acted in the good faith performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

**2. Failure to Exhaust Administrative Remedies**

Plaintiff has filed suit while in the Department of Corrections. Plaintiff has failed to properly exhaust his administrative remedies as required prior to filing suit under 42 U.S.C. § 1983. His claims are barred by the Prison Litigation Reform Act (42 U.S.C. § 1997)(e)(a)), *Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532 (7th Cir. 1999), and *Kalinowski v. Bond, et al.*, 358 F.3d 978 (7th Cir. 2004).

**3. Sovereign Immunity**

To the extent that Plaintiff's claims against Defendants are in their official capacities, the claims are barred by the doctrine of sovereign immunity.

Respectfully submitted,

WILLIAM DAVIS, RICKY SMITH, TIMMBER TOTSCH, and DAVID WERRIES,

Defendants,

Azariah Jelks, #6324111
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-0261 Phone
(217) 782-8767 Fax
Azariah.Jelks@ilag.gov
gls@ilag.gov

KWAME RAOUL, Attorney General of the State of Illinois,

Attorney for Defendants,

By: s/Azariah Jelks_____
    Azariah Jelks, #6324111
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH RHODES, #N18188, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 19-cv-03278-SLD |
| ) | |
| JUSTIN HAMMERS, et al., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, the foregoing document, ***Answer to Plaintiff's Amended Complaint*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

Kenneth Rhodes, #N18188
Western Illinois Correctional Center
Individuals in Custody Mail/Parcels
2500 Rt. 99 South
Mt. Sterling, IL 62353

                                       Respectfully submitted,

                                       s/Azariah Jelks
                                       Azariah Jelks, #6324111
                                       Assistant Attorney General
                                       Attorney for Defendants
                                       Office of the Attorney General
                                       500 South Second Street
                                       Springfield, Illinois 62701
                                       (217) 557-0261 Phone
                                       (217) 782-8767 Fax
                                       Email:  Azariah.Jelks@ilag.gov